UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Stanley R. Chesler, U.S.D.J. |
| v. | : | Crim. No. 08-0080 (SRC) |
| JONATHAN CAPPACIO | : | <u>ORDER</u> |

This matter having been opened to the Court by the United States (Paul Fishman, United States Attorney, by David Foster, Assistant U.S. Attorney, appearing), for an Order to modify the previously set conditions of bail for defendant Jonathan Cappacio, (Vincent Scoca esq., appearing), and for good and sufficient cause shown,

WHEREFORE, it is on this 24th day of February, 2012:

ORDERED the defendant Jonathan Cappacio's bail conditions shall be modified as follows

1. Defendant shall be permitted to be outside of his residence from 5am to 10pm seven days a week.

2. All other originally imposed conditions remain in effect

STANLEY R. CHESLER
UNITED STATES DISTRICT COURT JUDGE